JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

Brian C. Lewis  (ILBN 6286715)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: brian.lewis@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RODRIGO ZUNIGA MENCIA, ) <br> ) <br>     Defendant. ) <br> ) | No. CR 09-0354 WHA <br><br> [~~PROPOSED~~] ORDER EXCLUDING TIME FROM APRIL 13, 2009 TO APRIL 21, 2009 |

    The parties appeared before the Honorable Bernard Zimmerman on April 13, 2009.  With the agreement of counsel for both parties, the Court found and held as follows:

    1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from April 13, 2009 to April 21, 2009.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review the discovery with the defendant.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from April 13, 2009 to April 21, 2009, outweigh the best interest of the public and the defendant in a speedy trial and filing of an indictment or information. 18 U.S.C. § 3161(h)(7)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from April 13, 2009 to April 21, 2009, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: April 14, 2009

/s/
DANIEL BLANK
Counsel for Rodrigo Zuniga Mencia

DATED: April 14, 2009

/s/
BRIAN C. LEWIS
Assistant United States Attorney

IT IS SO ORDERED.

DATED: __April 15, 2009

Bernard Zimmerman
United States Magistrate Judge